PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: George David Dorrell & Carol Lynn Dorrell

Case No.: 18-57934-pmb    Chapter: 13    Great

**Change of Address for:**
Debtor [✔]  Creditor [ ]  Attorney for Debtor [ ]  Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]  Payments ONLY [ ]  Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: 09/01/2018

Name: George David Dorrell & Carol Lynn Dorrell

Prior Address: 219 Smelter Ave NE  Apt 7
Great Falls, MT  59404

*******************************************************************

New Address: George David Dorrell & Carol Lynn Dorrell
4448 3rd Avenue North  Apt. 1
Great Falls, MTR  59405

Change of Address Was Furnished By:  Debtor [ ]  Creditor [ ]  Attorney [✔]

Date: 06/24/2021    Signature of Filer: /s/ Howard Slomka
Telephone Number: 4048004001

**IF FILED BY ATTORNEY**

Attorney Name: Howard Slomka
Bar ID: 652875
Address: 2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339

Revised August 2012